[No. 43559-4-II.   Division Two.   December 31, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. AARON LLOYD RAYGOR, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 11-1-01872-7, Beverly G. Grant, J., entered June 8, 2012. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Worswick, C.J., and Penoyar, J.

[No. 43567-5- II.   Division Two.   December 31, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. NATHAN JOE DELGADO, *Appellant*.

Appeal from a judgment of the Superior Court for Clallam County, No. 11-1-00393-0, George L. Wood, J., entered June 5, 2012. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Worswick, C.J., and Johanson, J.

[No. 31137-6-III.   Division Three.   December 31, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. CORY LEE LANE, *Appellant*.

Appeal from a judgment of the Superior Court for Pend Oreille County, No. 11-1-00033-1, Patrick A. Monasmith, J., entered September 13, 2012. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Kulik, J., concurred in by Korsmo, C.J., and Fearing, J.

[No. 43168-8-II.   Division Two.   January 7, 2014.]

*In the Matter of the Marriage of* AMANDA STARR MOUNT, *Respondent*, and JOHN MERRITT MOUNT, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 10-3-00984-2, Anne Hirsch, J., entered February 9, 2012. *Affirmed* by unpublished opinion per Penoyar, J., concurred in by Schindler and Maxa, JJ.